AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
**6/27/19**
**JEFFREY P. COLWELL, CLERK**

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | |
| SIMON ANDREAS LANGER ) | Case No. 19-mj-00149-SKC |
| ) | |
| *Defendant* ) | |
| ) | |

## ARREST WARRANT

TO: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* __SIMON ANDREAS LANGER__ who is accused of offenses or violations based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

On or about June 24, 2019, in the District of Colorado and elsewhere, the defendant SIMON ANDREAS LANGER did fraudulently and knowingly attempt to export from the United States merchandise, articles and objects, that is [list here], contrary to law in that the defendant attempted to export the merchandise, articles and objects in violation of the Endangered Species Act, Title 16, United States Code, Section 1538(c).
All in violation of Title 18, United States Code, Section 554(a).

Date: 06/25/2019

*Issuing officer's signature*

City and state: Denver, Colorado

Magistrate Judge S. Kato Crews
*Printed name and title*

### Return

This warrant was received on *(date)* 6/26/2019, and the person was arrested on *(date)* 6/24/2019
at *(city and state)* DENVER, COLORADO.

Date: 6/26/2019

*Arresting officer's signature*

STEVE STOINSKI SPECIAL AGENT
*Printed name and title*